UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JON ROYAL FLEMING,

          Petitioner,

      v.

KEN QUINN,

          Respondent.

Case No. C05-5719RJB

ORDER

      This 28 U.S.C. § 2254 petition for habeas corpus relief has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636 (b) and local Rules MJR 3 and 4.  Before the court is petitioner's motion asking for an immediate telephonic or in person conference.  (Dkt. # 13). Petitioner argues the case should settle and he should be released from incarceration.

      Plaintiff has the ability to contact counsel in writing and has not shown a telephonic or in person conference to be necessary.  The motion is **DENIED.**

      The clerk is ordered to send copies of this order to the petitioner and counsel for respondent.

      DATED this 4th day of January, 2006.

                        */S/ J. Kelley Arnold*
                        J. Kelley Arnold
                        United States Magistrate Judge

ORDER- 1