UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JON ROYAL FLEMING,

    Petitioner,

  v.

KEN QUINN,

    Respondent.

Case No. C05-5719RJB

ORDER STRIKING PLEADINGS FROM THE COURT'S CALENDAR

    This 28 U.S.C. § 2254 petition for habeas corpus relief has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636 (b) and local Rules MJR 3 and 4.  Petitioner in this action is seeking federal habeas corpus relief pursuant to 28 U.S.C. § 2254.

    On June 21st, 2006, while the court was finalizing a Report and Recommendation in this action, pleadings filed by the petitioner were posted to the record.  (Dkt. # 48 and 49).  Petitioner has previously filed two motions for temporary restraining orders (Dkt. # 41 and 45).  Petitioner has also filed a motion to amend his motions for injunctive relief.  (Dkt. # 47).  None of the requests for injunctive relief have anything to do with the petition in this case.

    The petition deals with denial of good time credits from 1996 to 2001.  All of the injunctive

ORDER- 1

relief motions deal with access to courts and petitioner's being placed on cell confinement. (Dkt. # 41, 45, 47, 48, and 49).

On May 24th, 2005 petitioner filed the traverse in this case. No further briefing is required. Petitioner cannot show that he is being denied access to courts in this case because all required briefing has been filed. This court has issued a Report and Recommendation filed June 22nd, 2006 which addresses petitioner's first two motions for injunctive relief. The court will not consider petitioner's subsequent attempts to repetitively file for the same relief.

The court orders the clerk's office to strike docket numbers 48 and 49 from the courts calendar. The documents will remain in the record but will not be considered.

Petitioner is warned that further filings which repetitively raise an issue without waiting for a ruling from the court may result in sanctions.

The clerk is directed to send copies of this order to petitioner and counsel for respondent.

DATED this 22nd day of June, 2006.


*/S/ J. Kelley Arnold*
J. Kelley Arnold
United States Magistrate Judge

ORDER- 2