UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JON ROYAL FLEMING,<br><br>                Petitioner,<br><br>   v.<br><br>KEN QUINN,<br><br>                Respondent. | Case No. C05-5719RJB<br><br>ORDER DENYING PETITIONER'S MOTION FOR EXTENSION OF TIME |

      This matter comes before the court on petitioner' motion for extension of time. Dkt. 70. The court has considered the relevant documents and the remainder of the file herein.

      On June 22, 2006, U.S. Magistrate Judge J. Kelley Arnold issued a Report and Recommendation that was noted for consideration on July 14, 2006. Dkt. 54. On June 27, 2006, petitioner filed a motion, requesting an additional two weeks, until July 28, 2006, to file a objections to the Report and Recommendation. Dkt. 57. On June 30, 2006, the court granted petitioner's motion, and directed that he file objections by July 28, 2006. Dkt. 58. On July 7, 2006, petitioner filed objections to the Report and Recommendation. Dkt. 62. Petitioner has filed appeals of orders of the magistrate judge (Dkt. 65, 67) and other motions (Dkt. 60, 63, 64, 66); these motions are pending.

      On July 24, 2006, petitioner filed a motion, requesting an emergency continuance of at least 60 days, in order to file responses and pleadings. Dkt. 70. Petitioner stated that he has been placed in administrative segregation, has no court addresses, has none of his legal work, and has no access to a law library. *Id*.

This action is a habeas corpus petition. Petitioner has filed objections to the Report and Recommendation of the magistrate judge. Although he states that he does not have court addresses, he has filed this motion in the appropriate court. Further, should the court find merit in petitioner's pending motions, the court may order responses or replies as appropriate. Petitioner has already been granted an extension of time, and he has had ample opportunity to access the court. His motion for extension of time should be denied.

Therefore, it is hereby

**ORDERED** that petitioner's motion for extension of time (Dkt. 70) is **DENIED**.

The Clerk is directed to send uncertified copies of this Order to all counsel of record and to any party appearing *pro se* at said party's last known address.

DATED this 26th day of July, 2006.

Robert J. Bryan
United States District Judge